```
 1   MELINDA L. HAAG, SBN CA 132612
     United States Attorney
 2   DONNA CALVERT, SBN IL 6191786
     Acting Regional Chief Counsel, Region IX
 3   Social Security Administration
     BRENDA M. PULLIN, SBN CO 35181
 4   Special Assistant United States Attorney

 5       160 Spear Street, Suite 800
         San Francisco, CA 94105
 6       Telephone: 415-977-8975
         Fax:  415-744-0134
 7       E-mail: Brenda.Pullin@ssa.gov

 8   Attorneys for Defendant
```

(See above)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLIE LLOYD III, | |
| Plaintiff, | CASE NO. 3:11-cv-4902-EMC |
| v. | STIPULATION AND PROPOSED ORDER FOR SECOND EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION |
| MICHAEL J. ASTRUE, | |
| Commissioner of Social Security | |
| Defendant. | |

The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a second extension of time of 30 days to file his cross-motion for summary judgment.

The extension is being sought due to defendant's counsel's compounded workload during the past month coupled with the Social Security Regional Counsel's move to new offices at the end of March 2012, which took more of counsel's time than projected. Defendant's counsel was responsible for moving her own office as well as helping to pack and move common office areas such as the fax and mail center, file areas, and unoccupied cubicles. In addition, after the move, unpacking and technological setup/troubleshooting of computer equipment required additional unanticipated time and

IT assistance before counsel's office could become fully functional.

Defendant's counsel has been diligently working through the resultant backlog of cases in the order of their original due dates.

Given these constraints, along with counsel's previously existing workload, the Commissioner respectfully requests 30 additional days in which to complete the Commissioner's cross-motion. The new due date will be June 30, 2012.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: June 1, 2012       /s/ Robert C. Weems
                          (As authorized via e-mail)
                          ROBERT C. WEEMS
                          Attorney for Plaintiff


Dated: June 1, 2012       MELINDA L. HAAG
                          United States Attorney


                          /s/ Brenda M. Pullin
                          BRENDA M. PULLIN
                          Special Assistant U.S. Attorney


IT IS SO ORDERED:

Dated: June 8, 2012
       _____          _____
                                 EDWARD M. CHEN
                                 UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED* — Judge Edward M. Chen

2